# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 4, 2015

Robert P. Young, Jr.,
Chief Justice

151963(54)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

COLBY SMITH,
             Plaintiff-Appellee,

v

MICHIGAN PALLET, INC., JONATHAN J.
POORTENGA, and KENNETH ENGELSMA,
             Defendants-Appellants,
and

LPS EQUIPMENT & ACQUISITION
COMPANY, INC., ADRIAN ROCSKAY, TODD
STRONG, JAMES KIVELL, and JOHN DOE,
             Defendants.
_____/

SC: 151963
COA: 318702
Lenawee CC: 11-004180-NO

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time to file his answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before August 21, 2015.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 4, 2015



Clerk